**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 675 MAL 2015
                      :
            Respondent       :
                      :    Petition for Allowance of Appeal from
                      :    the Order of the Superior Court
         v.                :
                      :
                      :
BRYAN E. COEN,                :
                      :
            Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.